Kristina N. Holmstrom, NV Bar 10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Hartford Life and Accident Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA BREELING, | Case No.: 2:20-cv-00727-JAD-BNW |
| Plaintiff, | **Stipulation and Order Dismissing Case** |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | ECF No. 16 |

Pursuant to a settlement between the parties, Plaintiff Cynthia Breeling and Defendant Hartford Life and Accident Insurance Company stipulate and agree that this action shall be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 2nd day of December 2020.

| | |
|---|---|
| CLIFF W. MARCEK, P.C.<br><br>s/ Cliff W. Marcek<br>Cliff W. Marcek, NV Bar No. 5061<br>cwmarcek@marceklaw.com<br>536 E. St. Louis Ave.<br>Las Vegas, NV 89104<br>Telephone:  702- 366-7076<br>Facsimile: 702-366-7078<br><br>MARC WHITEHEAD & ASSOCIATES,<br>ATTORNEYS AT LAW, LLP<br><br>s/ Madison T. Donaldson<br>Madison T. Donaldson<br>TX Bar No. 24105812<br>madison@marcwhitehead.com<br>403 Heights Boulevard<br>Houston, Texas 77007<br>Telephone: 713-228-8888<br>Facsimile: 713-225-0940<br><br>*Attorneys for Plaintiff Cynthia Breeling* | OGLETREE, DEAKINS, NASH, SMOAK<br>& STEWART, P.C.<br><br>s/ Kristina N. Holmstrom<br>Kristina N. Holmstrom, NV Bar No. 10086<br>kristina.holmstrom@ogletree.com<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Telephone:  702-369-6800<br>Fax:  702-369-6888<br><br>*Attorneys for Defendant Hartford Life and Accident Insurance Company* |

## ORDER

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 3, 2020

2